File Hashes for IP Address 98.213.184.255

**ISP:** Comcast Cable
**Physical Location:** Indianapolis, IN

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/09/2014 21:35:58 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 04/06/2014 12:08:56 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 03/04/2014 22:16:50 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 03/03/2014 01:13:23 | 6FA026E04036D9CE7F757AFA7144293DA88B4571 | I Am In the Mood |
| 02/08/2014 02:16:30 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 01/27/2014 01:26:16 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |
| 01/26/2014 00:58:33 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 01/19/2014 20:12:04 | 7303D6959A5AAF23E9714068F4632FABE27BF65E | Season of Love |
| 01/17/2014 23:33:30 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |
| 12/14/2013 11:45:41 | 7AAB1C6FF0534937C28CEBAB58D42A6091AFFBBE | Erotic Stretching and Sex |
| 12/14/2013 10:44:12 | A43186CE0F1ECABA41DE92FE0F4AB00CD112FC6D | Arrest Me |
| 11/24/2013 17:23:18 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |
| 10/21/2013 00:25:45 | 924E9C9EE0CC65621B6E75A8C853703605FDAF49 | All Tied Up |
| 10/20/2013 22:59:12 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |
| 10/17/2013 21:03:43 | C74CC2F501FFFAF0E83F09AF27E7C06F09878AA9 | Grow Up With Me |
| 08/27/2013 00:09:00 | 0C4D06B05D86BC16BF4294D08F3DE0FC04122556 | We Love Ourselves |
| 08/23/2013 00:59:25 | D3EA052038AF1B0B3BB323673CA4E151F3D42C2E | Spontaneous |
| 08/06/2013 00:36:58 | 43596AC8B618943D2E8232EDB0663000C619C009 | New Romance |
| 08/01/2013 21:31:53 | 1679632E5066C03128EAE0DADB529E96AC76974B | Make me Feel Beautiful |
| 07/25/2013 00:48:19 | 495F6368D47B80731E4298803BB07E4AADA9D599 | Black and White |
| 03/25/2013 01:34:02 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 01/08/2013 11:33:40 | A8F07EF640D0962A236AB60EE9A313910FA1CB21 | Together Again |

EXHIBIT A

SIN57

**Total Statutory Claims Against Defendant: 22**

EXHIBIT A

SIN57