**Copyrights-In-Suit for IP Address 98.213.184.255**

**ISP:** Comcast Cable
**Location:** Indianapolis, IN

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 10/21/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 12/14/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 07/25/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 12/14/2013 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 03/04/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/06/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/17/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/03/2014 |
| Make me Feel Beautiful | PA0001859651 | 07/25/2013 | 08/01/2013 | 08/01/2013 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 11/24/2013 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/17/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 01/27/2014 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 08/06/2013 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 10/20/2013 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/09/2014 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/25/2013 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/19/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 01/26/2014 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 08/23/2013 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/08/2014 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/08/2013 |

EXHIBIT B

SIN57

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 08/27/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 22**

EXHIBIT B

SIN57